**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**NETCHOICE, LLC**                                                                     **PLAINTIFF**

**v.**                                                          **No. 1:24-CV-170-HSO-BWR**

**LYNN FITCH, in her official capacity as**
**Attorney General of Mississippi**                                              **DEFENDANT**

---

## NOTICE OF APPEARANCE

---

Please take notice that Scott G. Stewart, Solicitor General, hereby enters his appearance in the above-captioned matter as counsel on behalf of the Defendant Lynn Fitch, in her official capacity as Attorney General of Mississippi.

**RESPECTFULLY SUBMITTED**, this the 25th day of June, 2024.

> **LYNN FITCH, in her Official Capacity**
> **as Attorney General of Mississippi,**
> *Defendant*
>
> **LYNN FITCH**
> **Attorney General of Mississippi**
>
> By: /s/ Scott G. Stewart
> Solicitor General
> Mississippi Bar No. 106359
> Mississippi Attorney General's Office
> Post Office Box 220
> Jackson, Mississippi 39205-0220
> Telephone: (601) 359-3680
> E-mail: scott.stewart@ago.ms.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of Court using the ECF system, which sent notification to all counsel of record.

This, the 25th day of June, 2024.

<u>/s/ Scott G. Stewart</u>
Scott G. Stewart