# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**NETCHOICE, LLC**                                                                            **PLAINTIFF**

**v.**                                                  **No. 1:24-CV-170-HSO-BWR**

**LYNN FITCH, in her official capacity as**
Attorney General of Mississippi                                                 **DEFENDANT**

## DEFENDANT'S MOTION FOR A STAY PENDING APPEAL

The Attorney General respectfully requests that this Court issue a stay, pending resolution of the Attorney General's forthcoming appeal, of this Court's July 1, 2024 Memorandum Opinion and Order, which preliminarily enjoins the enforcement of the Walker Montgomery Protecting Children Online Act, H.B. 1126 (2024), against plaintiff NetChoice, LLC and its members. Doc. 30. The basis for the motion is set forth in the attached Memorandum of Authorities. Counsel for defendant has conferred with counsel for plaintiff, who indicated that plaintiff opposes the motion.

Because of the importance of the Act and the resulting harm to the State and its citizens from the injunction, the Attorney General respectfully requests that this Court rule on this motion by July 17, 2024, after which defendant plans to seek relief in the Fifth Circuit if the Court does not grant a stay.

**RESPECTFULLY SUBMITTED**, this the 3rd day of July, 2024.

        **LYNN FITCH, in her official capacity as Attorney General of Mississippi,** *Defendant*

        **LYNN FITCH**
        **Attorney General of Mississippi**

        By: */s/ Wilson D. Minor*
        WILSON D. MINOR (MSB #102663)
        C. LEE LOTT (MSB #10605)
        CLAIRE BARKER (MSB #101312)
        Special Assistant Attorneys General
        Mississippi Attorney General's Office
        Civil Litigation Division
        Post Office Box 220
        Jackson, Mississippi 39205-0220
        Telephone: (601) 359-6279
        Email: wilson.minor@ago.ms.gov
                lee.lott@ago.ms.gov
                claire.barker@ago.ms.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the above pleading or other paper with the Clerk of Court using the ECF system which sent notification to all counsel of record.

This, the 3rd day of July, 2024.

                                                         */s/Wilson D. Minor*
                                                         Wilson D. Minor