IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **NETCHOICE, LLC** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:24-cv-170-HSO-BWR** |
| | § | |
| | § | |
| **LYNN FITCH,** | § | |
| *in her official capacity as* | § | |
| *Attorney General of Mississippi* | § | **DEFENDANT** |

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS MATTER is before the Court sua sponte.  On July 1, 2024, the Court granted in part and denied in part Plaintiff NetChoice, LLC's Motion [3] for Preliminary Injunction and Temporary Restraining Order, and preliminarily enjoined enforcement of Mississippi House Bill 1126 against Plaintiff NetChoice, LLC and its members, pending final disposition of the issues in this case on their merits.  *See* Order [30] at 39-40.  Defendant has appealed, *see* Notice [32], and upon the parties' Joint Motion [41], the Court has stayed proceedings in this Court pending final resolution of the appeal, including any U.S. Supreme Court proceedings regarding the Court's preliminary-injunction Order, *see* Order [43] at 1.

In light of the length of time that these proceedings may be stayed with no activity, the Court is of the opinion, that pending resolution of the appeal, this case should be administratively closed.  Nothing contained in this Order shall be considered a dismissal or disposition of this matter, and the Court retains

jurisdiction over the cause of action to allow either party to file a motion to reopen the case for further proceedings.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this case is **ADMINISTRATIVELY CLOSED** until further order of the Court.

**SO ORDERED AND ADJUDGED**, this the 22nd day of July, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE