# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **NETCHOICE, LLC** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:24-cv-170-HSO-BWR |
| | § | |
| **LYNN FITCH,** | § | |
| *in her official capacity as* | § | |
| *Attorney General of Mississippi* | § | **DEFENDANT** |

## ORDER GRANTING AS UNOPPOSED PLAINTIFF'S MOTION [45] TO LIFT STAY OF PROCEEDINGS AND RETURNING CASE TO ACTIVE DOCKET

On July 22, 2024, the Court stayed and administratively closed this case, *see* Orders [43], [44], and Plaintiff Netchoice, LLC, has now filed an unopposed Motion [45] to Lift Stay of Proceedings, *see* Mot. [45] at 1-2. Having considered the record and relevant authority, the Court finds the request well taken.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Netchoice, LLC's Motion [45] to Lift Stay of Proceedings is **GRANTED AS UNOPPOSED**, and the stay of proceedings is **LIFTED.**

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this civil action is **REOPENED and REINSTATED** on the active docket.

**SO ORDERED AND ADJUDGED**, this the 2nd day of May, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE