# United States Court of Appeals for the Fifth Circuit

No. 24-60341

United States Court of Appeals
Fifth Circuit
**FILED**
April 17, 2025
Lyle W. Cayce
Clerk

NETCHOICE, L.L.C.,

*Plaintiff—Appellee,*

versus

LYNN FITCH, *in her official capacity as Attorney General of Mississippi,*

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:24-CV-170

---

Before HIGGINBOTHAM, WILLETT, and HO, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is VACATED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party to bear their own costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



Certified as a true copy and issued
as the mandate on **May 09, 2025**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**