# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**NETCHOICE, LLC**                                                               **PLAINTIFF**

**v.**                                                      **No. 1:24-CV-170-HSO-BWR**

**LYNN FITCH, in her official capacity as**
**Attorney General of Mississippi**                               **DEFENDANT**

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant Lynn Fitch, in her official capacity as Attorney General of Mississippi, appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Order (Dkt. 59) entered June 18, 2025.

Respectfully submitted.

                                                  LYNN FITCH
                                                    Attorney General

                                                    By: */s/ Wilson D. Minor*
                                                    SCOTT G. STEWART (MSB #106359)
                                                      Solicitor General
                                                    WILSON D. MINOR (MSB #102663)
                                                      Special Assistant Attorney General
                                                    Mississippi Attorney General's Office
                                                    P.O. Box 220
                                                    Jackson, Mississippi 39205-0220
                                                    Telephone: (601) 359-6279
                                                    Email: wilson.minor@ago.ms.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on this day I electronically filed the above paper with the Clerk of Court using the ECF system which sent notification to all counsel of record.

    This, the 19th day of June, 2025.

*/s/ Wilson D. Minor*
Wilson D. Minor
