UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NETCHOICE, LLC**                                                                                               **PLAINTIFF**

**v.**                                                                                               **No. 1:24-CV-170-HSO-BWR**

**LYNN FITCH, in her official capacity as
Attorney General of Mississippi**                                      **DEFENDANT**

## DEFENDANT'S MOTION FOR A STAY PENDING APPEAL

The Attorney General respectfully requests that this Court issue a stay, pending resolution of the Attorney General's forthcoming appeal, of this Court's June 18, 2025 Memorandum Opinion and Order, which preliminarily enjoins the enforcement of the Walker Montgomery Protecting Children Online Act, H.B. 1126 (2024), against eight members of plaintiff NetChoice, LLC. Dkt. 59. The basis for the motion is set forth in the attached Memorandum of Authorities. Counsel for defendant has conferred with counsel for plaintiff, who indicated that plaintiff opposes the motion.

Because of the importance of the Act and the resulting harm to the State and its citizens from the injunction, the Attorney General respectfully requests that this Court rule on this motion by July 1, 2025, after which defendant plans to seek relief in the Fifth Circuit if this Court does not grant a stay.

Respectfully submitted.

        LYNN FITCH
          Attorney General

        By: */s/ Wilson D. Minor*
        SCOTT G. STEWART (MSB #106359)
          Solicitor General
        WILSON D. MINOR (MSB #102663)
          Special Assistant Attorney General
        Mississippi Attorney General's Office
        P.O. Box 220
        Jackson, Mississippi 39205-0220
        Telephone: (601) 359-6279
        Email: wilson.minor@ago.ms.gov

## CERTIFICATE OF SERVICE

 I hereby certify that on this day I electronically filed the above paper with the Clerk of Court using the ECF system which sent notification to all counsel of record.

 This, the 19th day of June, 2025.

*/s/ Wilson D. Minor*
Wilson D. Minor
