UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NETCHOICE, LLC**     **PLAINTIFF**

v.     No. 1:24-CV-170-HSO-BWR

**LYNN FITCH, in her official capacity as**
Attorney General of Mississippi     **DEFENDANT**

---

### REPLY MEMORANDUM OF AUTHORITIES SUPPORTING DEFENDANT'S MOTION FOR A STAY PENDING APPEAL

---

NetChoice is right about one thing: This Court has repeatedly heard the Attorney General's position on NetChoice's arguments. *See* Stay Opp. 1-3 (Dkt. 63). The Attorney General stands on her arguments (*e.g.*, Dkts. 54, 61, 62), appreciates this Court's order expediting briefing on her stay motion (*see* June 20, 2025 text order), and thanks the Court for resolving that motion expeditiously. To promote expedition, the Attorney General submits this reply two days before the Court's June 26 deadline.

The Court should stay its order granting preliminary relief (Dkt. 59) pending resolution of the Attorney General's appeal. At all events, the Court should rule on the stay motion as soon as possible—and no later than July 1, 2025.

Respectfully submitted.

> LYNN FITCH
>   Attorney General
>
> By: */s/ Wilson D. Minor*
> SCOTT G. STEWART (MSB #106359)
>   Solicitor General
> WILSON D. MINOR (MSB #102663)
>   Special Assistant Attorney General
> Mississippi Attorney General's Office
> P.O. Box 220
> Jackson, Mississippi 39205-0220
> Telephone: (601) 359-6279
> Email: wilson.minor@ago.ms.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the above paper with the Clerk of Court using the ECF system which sent notification to all counsel of record.

This, the 24th day of June, 2025.

*/s/ Wilson D. Minor*
Wilson D. Minor
