# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>LYNN FITCH, in her official capacity as Attorney General of Mississippi,<br><br>*Defendant*. | Civil Action No. 1:24-CV-00170-HSO-BWR |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff NetChoice and Defendant Attorney General of Mississippi respectfully move to stay all proceedings in this Court—including the July 29, 2025, case management conference, ECF 66—while Defendant's appeal of this Court's order preliminarily enjoining enforcement of Mississippi House Bill 1126 is pending, ECF 59. A stay of proceedings would serve the interest of justice and would protect efficiencies of time and effort for the Court, for counsel, and for the Parties. This Court previously granted a stay of proceedings after Defendant appealed the Court's 2024 preliminary injunction. ECF 43.

The legal basis for this motion is set forth in the attached Memorandum Brief.

Counsel for Plaintiff and counsel for Defendant have conferred and have indicated that each Party consents to this Motion and joins in the request for relief set forth herein.

Counsel for Plaintiff will transmit a Proposed Order to Chambers concurrently with the filing of this Motion, pursuant to L.U. Civ. R. 7(b)(2)(F).

| | |
|---|---|
| Dated: July 2, 2025 | Respectfully submitted, |
| | */s/ J. William Manuel* |
| SCOTT G. STEWART (MSB #106359)<br>  Solicitor General<br>WILSON D. MINOR (MSB #102663)<br>  Special Assistant Attorney General<br>Mississippi Attorney General's Office<br>Civil Litigation Division<br>Post Office Box 220<br>Jackson, Mississippi 39205-0220<br>Telephone: (601) 359-6279<br>Email: wilson.minor@ago.ms.gov<br><br>*Attorneys for Defendant Lynn Fitch,*<br>*Attorney General of Mississippi* | J. William Manuel (MBN. 9891)<br>Stephen L. Thomas (MBN 8309)<br>BRADLEY ARANT BOULT<br>  CUMMINGS LLP<br>One Jackson Place<br>188 E. Capitol Street, Suite 1000<br>Jackson, MS 39201<br>Telephone: (601) 948-8000<br>Facsimile: (601) 948-3000<br>wmanuel@bradley.com<br>sthomas@bradley.com<br><br>Steven P. Lehotsky*<br>Scott A. Keller*<br>Jeremy Evan Maltz*<br>LEHOTSKY KELLER COHN LLP<br>200 Massachusetts Avenue, NW, Suite 700<br>Washington, DC 20001<br>(512) 693-8350<br>steve@lkcfirm.com<br>scott@lkcfirm.com<br>jeremy@lkcfirm.com<br><br>Jared B Magnuson*<br>LEHOTSKY KELLER COHN LLP<br>3280 Peachtree Road NE<br>Atlanta, GA 30305<br>(512) 693-8350<br>jared@lkcfirm.com<br><br>Joshua P. Morrow*<br>LEHOTSKY KELLER COHN LLP<br>408 W. 11th Street, 5th Floor<br>Austin, TX 78701<br>(512) 693-8350<br>josh@lkcfirm.com<br><br>**admitted pro hac vice*<br><br>*Attorneys for Plaintiff NetChoice, LLC* |

**Certificate of Service**

I hereby certify that on July 2, 2025, a true and correct copy of the foregoing Motion and accompanying Memorandum Brief were electronically filed with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

>                               */s/ J. William Manuel*
>                               J. William Manuel (MBN. 9891)