# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| NETCHOICE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> LYNN FITCH, in her official capacity as Attorney General of Mississippi, <br><br> *Defendant*. | Civil Action No. 1:24-CV-00170-HSO-BWR |

## JOINT MEMORANDUM BRIEF
## IN SUPPORT OF MOTION TO STAY PROCEEDINGS

Plaintiff NetChoice and Defendant Attorney General of Mississippi respectfully move to stay all proceedings in this Court—including the July 29, 2025, case management conference, ECF 66—while Defendant's appeal of this Court's order preliminarily enjoining enforcement of Mississippi House Bill 1126 is pending, ECF 59. A stay of proceedings would serve the interest of justice and would protect efficiencies of time and effort for the Court, for counsel, and for the Parties.

The "power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). Therefore, this Court has "broad discretion" to stay proceedings "in the interest of justice and in control of [its] docket[]." *Wedgeworth v. Fibreboard Corp.*, 706 F.2d 541, 545 (5th Cir. 1983).

The Parties agree that a stay of proceedings is warranted here because "[t]here is no need for this case to proceed *now*" in this Court while an appeal on the main legal issues is pending in the Fifth Circuit. *Alford v. Moulder*, 2016 WL 6088489, at *3 (S.D. Miss. Oct. 17, 2016) (emphasis added) (granting motion to stay proceedings). Moreover, a stay of proceedings is "in the interest

of justice" because it will allow the Fifth Circuit to address the main constitutional issues before this case proceeds any further. *Wedgeworth*, 706 F.2d at 545. And a stay will preserve "'economy of time and effort'" because it will prevent inefficiencies that would result from duplicative, dual-track litigation proceeding at the same time in both this Court and in the Fifth Circuit. *S. Indus. Contractors, LLC v. Neel-Schaffer, Inc.*, 2019 WL 1748531, at *2 (S.D. Miss. Apr. 18, 2019) (quoting *Landis*, 299 U.S. at 254).

This Court previously granted a stay of proceedings after Defendant appealed the Court's 2024 preliminary injunction. ECF 43.

Accordingly, the Parties respectfully request that the Joint Motion be granted.

| | |
|---|---|
| Dated: July 2, 2025 | Respectfully submitted, |
| | */s/ J. William Manuel* |
| SCOTT G. STEWART (MSB #106359)<br>  Solicitor General<br>WILSON D. MINOR (MSB #102663)<br>  Special Assistant Attorney General<br>Mississippi Attorney General's Office<br>Civil Litigation Division<br>Post Office Box 220<br>Jackson, Mississippi 39205-0220<br>Telephone: (601) 359-6279<br>Email: wilson.minor@ago.ms.gov<br><br>*Attorneys for Defendant Lynn Fitch,*<br>*Attorney General of Mississippi* | J. William Manuel (MBN. 9891)<br>Stephen L. Thomas (MBN 8309)<br>BRADLEY ARANT BOULT<br>  CUMMINGS LLP<br>One Jackson Place<br>188 E. Capitol Street, Suite 1000<br>Jackson, MS 39201<br>Telephone: (601) 948-8000<br>Facsimile: (601) 948-3000<br>wmanuel@bradley.com<br>sthomas@bradley.com<br><br>Steven P. Lehotsky*<br>Scott A. Keller*<br>Jeremy Evan Maltz*<br>LEHOTSKY KELLER COHN LLP<br>200 Massachusetts Avenue, NW, Suite 700<br>Washington, DC 20001<br>(512) 693-8350<br>steve@lkcfirm.com<br>scott@lkcfirm.com<br>jeremy@lkcfirm.com<br><br>Jared B Magnuson*<br>LEHOTSKY KELLER COHN LLP<br>3280 Peachtree Road NE<br>Atlanta, GA 30305<br>(512) 693-8350<br>jared@lkcfirm.com<br><br>Joshua P. Morrow*<br>LEHOTSKY KELLER COHN LLP<br>408 W. 11th Street, 5th Floor<br>Austin, TX 78701<br>(512) 693-8350<br>josh@lkcfirm.com<br><br>**admitted pro hac vice*<br><br>*Attorneys for Plaintiff NetChoice, LLC* |