# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **NETCHOICE, LLC** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:24-cv-170-HSO-BWR |
| | § | |
| **LYNN FITCH,** | § | |
| *in her official capacity as* | § | |
| *Attorney General of Mississippi* | § | **DEFENDANT** |

## ORDER GRANTING JOINT MOTION [67] TO STAY AND ADMINISTRATIVELY CLOSING CASE

Before the Court is the Joint [67] Motion of Plaintiff and Defendant to stay all proceedings in this Court—including the July 29, 2025, case management conference, *see* Order [66]—while Defendant's appeal of this Court's Order [59] preliminarily enjoining enforcement of Mississippi House Bill 1126 is pending, *see* Order [59]. Good cause having been shown, the Joint Motion [67] should be granted.

In light of the length of time that these proceedings may be stayed with no activity, the Court is of the opinion, that pending resolution of the appeal, this case should be administratively closed. Nothing contained in this Order shall be considered a dismissal or disposition of this matter, and the Court retains jurisdiction over the cause of action to allow either party to file a motion to reopen the case for further proceedings.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Joint Motion [67] is **GRANTED**, and proceedings in this Court are **STAYED** pending final resolution of the appeal in *NetChoice v. Fitch*, No. 25-60348 (5th Cir.), including any U.S. Supreme Court proceedings regarding this Court's preliminary-injunction Order [59]. The stay shall lift upon further order of this Court following a request by either party upon a showing of good cause.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this case is **ADMINISTRATIVELY CLOSED** until further order of the Court.

**SO ORDERED AND ADJUDGED**, this the 2nd day of July, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE