# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 17, 2025
Lyle W. Cayce
Clerk

No. 25-60348

NetChoice, L.L.C.,

    *Plaintiff—Appellee*,

versus

Lynn Fitch, *in her official capacity as Attorney General of Mississippi*,

    *Defendant—Appellant.*

───────────────────────

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:24-CV-170

───────────────────────

<u>UNPUBLISHED ORDER</u>

Before Southwick, Duncan, and Engelhardt, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellant's opposed motion for stay pending appeal is GRANTED.